# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bradley Henke, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>Medscan Laboratory, Inc., D/B/A/ Adaptive Health Integrations,<br><br>          Defendant. | Case No. 1:22-cv-00069 |
| Toni Seward, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>Medscan Laboratory, Inc., d/b/a/ Adaptive Health Integrations,<br><br>          Defendant. | 1:22-cv-00073 |
| Jill Ristine, on behalf of Plaintiff and all other similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>Medscan Laboratory, Inc. (d/b/a Adaptive Health Integrations),<br><br>          Defendant. | 1:22-cv-00079 |

| | |
|---|---|
| Beatrice Byrne, individually and on behalf of all other similarly situated,<br><br>                          Plaintiff,<br><br>vs.<br><br>Medscan Laboratory, Inc. d/b/a Adaptive Health Integrations,<br><br>                          Defendant. | 1:22-cv-00084 |
| Joseph Krol, individually and on behalf of all other similarly situated,<br><br>                          Plaintiff,<br><br>vs.<br><br>Medscan Laboratory, Inc. d/b/a Adaptive Health Integrations,<br><br>                          Defendant. | 1:22-cv-00091 |

## ORDER GRANTING MOTION TO CONSOLIDATE CASES

[¶1]  THIS MATTER comes before the Court on a Motion to Consolidate Case filed by the Plaintiffs on June 3, 2022, in Henke v. Medscan Laboratory, Inc. d/b/a Adaptive Health Integrations, case number 1:22-cv-00069. Doc. No. 13.  The Parties in Henke filed a stipulation to consolidate the cases. Doc. No. 14.

[¶2]  Having considered the record in each of the above-captioned cases, the Court concludes each case has a common question of law or fact and consolidation will avoid unnecessary delay. See Fed. R. Civ. P. 42 (a) (the court has discretion to consolidate cases when they "involve

common questions of law or fact"); E.E.O.C. v. HBE Corp., 135 F.3d 543, 550 (8th Cir. 1998) (claims involving common question of law or fact may be consolidated "to avoid unnecessary cost or delay"). Consolidation will also conserve the resources of the Parties and the Court. Accordingly, the Court **GRANTS** the Plaintiff's Motion to Consolidate Cases and **ORDERS**:

1. Each of the above-captioned cases shall be **CONSOLIDATED**;
2. A Consolidated Complaint shall be filed within sixty (60) days of this Order;
3. Case Number 1:22-cv-00069 is designated as the lead case;
4. All future filings shall **only be filed in the lead case** (Case Number 1:22-cv-00069);
5. The Caption of all future filings shall only include the lead Case Number, 1:22-cv-00069.

[¶3]     **IT IS SO ORDERED.**

DATED June 21, 2022.

Daniel M. Traynor, District Judge
United States District Court